UNITED STATES DISTRICT COURT
For the
District of New Mexico

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1084 5:17CR03501-001 KG |
| | ) | 5:17CR03502-002 KG |
| Vs. | ) | 5:17CR03503-003 KG |
| | ) | 5:17CR03504-004 KG |
| | ) | |
| JESUS SANCHEZ | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF ATTORNEY

**COMES NOW** Defendant, by and through his counsel, JASSO & JASSO LAW FIRM, LLC, by Ricardo Jasso, and moves the Court for a Consent Order Granting Substitution of Attorney, and in support, states:

1. Defendant has retained the services of JASSO & JASSO LAW FIRM, LLC, (Ricardo Jasso) and requests that he be substituted for Pedro Pineda in this matter.

2. Defendant's former counsel, Pedro Pineda, has been contacted and does not object to this Motion.

**WHEREFORE** Defendant prays that the Court enter its Consent Order Granting Substitution of Attorney, and for such other relief as the Court deems just and proper.

JASSO & JASSO LAW FIRM, LLC.

\s\ Ricardo Jasso (11-18-22)
Ricardo Jasso
Frank Jasso
522 W. Broadway
Hobbs NM 8824
(575) 942-1303
(575) 408-7362 Fax
Rjasso.law@gmail.com / rick.jassolaw@yahoo.com
Attorneys for Defendant

1

**CERTIFICATE OF SERVICE**

    I CERTIFY that on this 18th day of November 2022, a true and correct copy of the Motion for Substitution of Attorney was electronically filed with the Court using the E-Filing System, which sent notification to all parties of interest (Devon Marie Aragon Martinez; Pedro Pineda; and Ricardo Jasso) participating in the E-Filing System.

    \s\ Ricardo Jasso (11-18-22)